IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LA VELL HARRIS, | No. C 15-05580 WHA |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING WHETHER CASES ARE RELATED** |
| LAKE COUNTY ET AL., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Nandor Vadas for consideration of whether the case is related to *James La Vell Harris v. Lake County, et al.*, Case No. 15-cv-03117 NJV.

Dated: January 4, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE