IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LA VELL HARRIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAKE COUNTY, ET AL.,<br><br>　　　　Defendant. | No. C 15-05580 WHA<br><br>**ORDER DISMISSING CASE<br>FOR FAILURE TO PROSECUTE** |

　　　A previous order dismissed plaintiff James Harris' pro se complaint as frivolous and stated that plaintiff could file a motion for leave to file an amended complaint by February 9, 2016 (Dkt. No. 10). That date has long passed and nothing has been filed. This case is thus **DISMISSED FOR FAILURE TO PROSECUTE**. Judgment will be entered separately.

　　　**IT IS SO ORDERED.**

Dated: February 25, 2016.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE