IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES LA VELL HARRIS,

    Plaintiff,

v.

LAKE COUNTY, ET AL.,

    Defendant.

No. C 15-05580 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action for failure to prosecute, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff James Harris. The Clerk **SHALL PLEASE CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: February 25, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE